UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.  1:20-mj-0920-DML |
| | ) |
| JONATHAN MCMILLIN, | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

Comes now Andrew J. Borland and hereby enters his Appearance as CJA counsel on behalf of the Defendant, JONATHAN MCMILLIN, in the above referenced cause of action.

Respectfully submitted,

By:  s/ Andrew J. Borland
Andrew J. Borland
320 North Meridian Street, #506
Indianapolis, IN  46204
Telephone: (317) 920-9720
Facsimile: (317) 870-1506
E-mail: ajb@indianapolisdefense.com
Attorney No: 20802-49

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020 a copy of the foregoing Appearance was filed electronically. Service of this filing was sent to all parties by operation of the Court's electronic filing system.

By:  s/ Andrew J. Borland

Andrew J. Borland
Attorney at Law
320 North Meridian St., Suite 506
Indianapolis, IN  46204
Telephone: (317) 920-9720
Facsimile: (317) 870-1506