UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-mj-0920 |
| | ) | |
| JONATHAN MCMILLIN, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR OCTOBER 20, 2020**
**HONORABLE PAUL R. CHERRY, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the complaint filed on October 15, 2020. Defendant appeared in person and by CJA counsel Michael Donahoe. Government represented by AUSA Michelle Brady. USPO represented by Alison Upchurch.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Defendant waived his right to a preliminary hearing and probable cause found.

Government moved for pretrial detention and a hearing was scheduled. Detention hearing set for **October 26, 2020 at 11:00 a.m. via video teleconference** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Dated: 10/20/2020

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system