UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-mj-0920-DML |
| | ) | |
| JONATHAN MCMILLIN, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR OCTOBER 26, 2020**
**HONORABLE DEBRA MCVIKCER LYNCH, MAGISTRATE JUDGE**

The parties appear for a detention hearing. Defendant appeared in person and by CJA counsel Andrew J. Borland. Government represented by AUSA Michelle Brady. USPO represented by Courtney Ratzlaff.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference.

Detention hearing held.

Court's Exhibit A (PS3) admitted without objection.

Testimony presented and evidence proffered. Argument presented. The court denies the government's oral motion for pretrial detention and orders defendant released.

Defendant released on conditions of pretrial release pending further proceedings before the court.

Date: 10/26/2020

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.