UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 1:20-mj-0920 |
| | ) ) ) | |
| JONATHAN MCMILLIN, | ) ) | - 01 |
| Defendant. | ) | |

**ORDER APPOINTING CJA COUNSEL**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18. U.S.C. 3006A).

The Court hereby appoints **Andrew Borland** as counsel to represent the Defendant for all proceedings in this matter. Such appointment shall be deemed effective as of **October 20, 2020.**

IT IS SO ORDERED this 4th day of November, 2020.

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record